IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 05-27557-JAD |
|---|---|
| EDWARD JAMES OZANICH | Chapter 13 |
| Debtor, | Related to Doc. No. 59 |
| PEOPLE'S UNITED BANK, f/k/a PEOPLE'S BANK | |
| Movant/Claimant, | Doc. # 74 |
| v. | |
| EDWARD JAMES OZANICH, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 23 day of October, 2013, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) and Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"),

it is hereby ORDERED that the Edward James Ozanich bankruptcy is reopened; and,

it is hereby DETERMINED that the Court finds the Claimant, People's United Bank, has noticed the United States Attorney as required by 28 U.S.C. § 2041, et seq.; and,

it is hereby ORDERED that Claimant's Motion is granted.

The Clerk of Court shall tender the unclaimed funds in the amount of ~~$4,820.74~~ $4,830.74 to Claimant. The Clerk of Court shall make the payment in care of Dilks & Knopik, LLC and shall mail the payment to Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.

BY THE COURT:

10-23-2013

**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Judge

FILED
OCT 23 2013
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA